UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS G. GARCIA,<br><br>                     Plaintiff<br><br>        v.<br><br>WILLIAM GITTRE, *et al*.,<br><br>                     Defendants. | Case No. 2:20-cv-00351-APG-EJY<br><br>**ORDER** |

**I.      DISCUSSION**

On February 21, 2020, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within sixty (60) days from the date of that order.  (ECF No. 3 at 2).  On April 17, 2020, Plaintiff filed a motion for an extension of time for an additional 90 days to file a fully complete application to proceed *in forma pauperis* or for dismissal of this case without prejudice to refile at a later date because he had not yet received his financial certificate or inmate account statement for the past six months from the Nevada Department of Corrections ("NDOC") (ECF No. 4 at 1).

The Court now grants Plaintiff's motion for an extension of time, in part, and will allow Plaintiff an additional sixty (60) days to file his fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee.  As such, Plaintiff shall file a fully complete application to proceed *in forma pauperis* with complete financial attachments or pay the full $400 filing fee on or before **June 22, 2020**.  If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis* with complete financial attachments or pay the full $400 filing fee on or before **June 22, 2020**, the Court will dismiss this case <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all of the documents needed to file a fully complete application to proceed *in forma pauperis* or pay the $400 filing fee.

## II. CONCLUSION

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Deadline or Dismissal of Above Named Case Without Prejudice to Refile at a Later Date (ECF No. 4) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that on or before **June 22, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff is unable to file a fully complete application to proceed *in forma pauperis* with complete financial attachments or pay the full $400 filing fee on or before **June 22, 2020**, the Court will dismiss this case without prejudice for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all of the documents needed to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain Plaintiff's Complaint at ECF No. 1-1 but will not file it at this time.

DATED: April 21, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE